# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 9, 2009

Charles R. Fulbruge III
Clerk

No. 08-30319

ROLAND J. BOURQUE, on behalf of Trey Bourque, on behalf of Alexis Bourque, on behalf of Roland Bourque Jr., LAURIE BOURQUE, on behalf of Trey Bourque, on behalf of Alexis Bourque, on behalf of Roland Bourque, Jr.,

                              Plaintiffs-Appellants,

v.

HELMERICH & PAYNE INTERNATIONAL DRILLING CO., formerly known as Helmerich & Payne, Inc.,

                              Defendant-Appellee.

Appeal from the United States District Court for the
Western District of Louisiana
6:05-CV-2144

Before JOLLY, DAVIS, and DEMOSS, Circuit Judges..

PER CURIAM:[*]

AFFIRMED.  See 5th CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.